**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2358**

SAMUEL CARLOS MILTON WILDER, SR.,

　　　　　Plaintiff - Appellant,

　　v.

MICHAEL J. ASTRUE, Commissioner, Social Security,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:08-cv-00683-WMN)

Submitted:  May 21, 2009　　　　　Decided:  May 26, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Carlos Milton Wilder, Sr., Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Carlos Milton Wilder, Sr., appeals the district court's order dismissing his civil action without prejudice for failure to comply with the district court's local rule that requires pro se litigants to keep a current address on file. On appeal, Wilder has failed to raise any arguments relevant to the district court's reasoning for dismissing the action. Thus, those claims have been abandoned. Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999); see 4th Cir. R. 34(b). Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED